No. A–838 (75–1421). GULF STATES UTILITIES CO. v. FEDERAL POWER COMMISSION ET AL. Application for stay of judgment of the United States Court of Appeals for the District of Columbia Circuit pending final disposition of the petition for writ of certiorari, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–862. STANDARD OIL COMPANY OF CALIFORNIA v. FLORIDA EX REL. SHEVIN, ATTORNEY GENERAL OF FLORIDA. Application for stay of mandate of the United States Court of Appeals for the Fifth Circuit pending timely filing and disposition of a petition for writ of certiorari, presented to MR. JUSTICE POWELL, and by him referred to the Court, denied.

No. A–876. THOMPSON v. RUMSFELD, SECRETARY OF DEFENSE, ET AL. Application for stay of judgment of the United States District Court for the Northern District of Texas and for an injunction pending final disposition of appeal by the United States Court of Appeals for the Fifth Circuit, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–892 (75–1447). BERGER, COMMISSIONER, DEPARTMENT OF SOCIAL SERVICES OF NEW YORK v. AITCHISON. Application for stay of judgment of the United States Court of Appeals for the Second Circuit pending final disposition of the petition for writ of certiorari, presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.